UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH R. MOSES,

Defendant.

NO. CR-06-079-RHW

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE PRETRIAL AND SCHEDULE CHANGE OF PLEA HEARING**

Before the Court is Defendant's Motion to Vacate Pretrial and Schedule Change of Plea Hearing (Ct. Rec. 40). The motion was heard without oral argument. Defense counsel has a conflict on the currently scheduled pretrial conference date. Defendant also informs the Court that he and the Government have agreed on a resolution of this case and asks for a change of plea hearing. Defendant represents that the Government does not oppose this motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Vacate Pretrial and Schedule Change of Plea Hearing (Ct. Rec. 40) is **GRANTED**.

2. The current pretrial conference on January 11, 2007, is **stricken**. A change of plea hearing is **set** on **January 12, 2007, at 10:00 a.m.**, in Spokane, Washington.

///

///

///

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** the 19th day of December, 2006.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2006\Moses\grant.cont3.wpd